UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00105-HDM-WGC |
|---|---|
| Plaintiff, | Case No. 3:22-cv-00140-HDM |
| v. | |
| CLIFTON JAMES JACKSON, | ORDER |
| Defendant. | |

Defendant Clifton James Jackson has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 125). The government shall file a response to the motion on or before June 6, 2022. The defendant shall have until July 6, 2022, to file any reply.

IT IS SO ORDERED.

DATED: This 5th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE